IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BANNER BANK, a Washington-chartered commercial bank,<br><br>                Plaintiff,<br>   v.<br><br>BRITTNEY MOE, O.N. 176106, its Engines, Machinery, Appurtenances, etc., *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00125-SLG |

### ORDER RE MOTION FOR DEFAULT JUDGMENT [RE *IN PERSONAM* DEFENDANT ALLYN LONG]

Before the Court at Docket 16 is Banner Bank's Motion for Default Judgment [re *In Personam* Defendant Allyn Long]. This Court, having considered the Motion, as well as the Declaration of Stephen Barkley in support thereof, as well as the Verified Complaint, Affidavits of Service, Clerk's Order of Default, and other papers and pleadings on file herein, hereby GRANTS Plaintiffs' Motion for Default Judgment Against Defendant Allyn Long.

The Clerk shall forthwith enter judgment in favor of Plaintiff Banner Bank and against Defendant Allyn Long in the following amounts.

| | |
|---|---:|
| Principal due on Banner Bank Loan Nos. 0616 0650, 6329, 6431, and 0593 | $4,098,334.08 |
| Late charges accrued | $19,487.94 |
| Total accrued interest on Banner Bank Loan Nos. 0616, 0650, 6329, 6431, and 0593 as of August 21, 2023 | $182,310.64 |

Additional interest at a total daily rate of $610.41/day from August 22, 2023 until judgment is entered.

DATED this 28th day of August 2023, at Anchorage, Alaska.

                                                 */s/ Sharon L. Gleason*
                                                 UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00125-SLG, *Banner Bank v. Brittney Moe, O.N. 176106, et al.*
Order re Motion for Default Judgment
Page 2 of 2

Case 3:23-cv-00125-SLG   Document 18   Filed 08/28/23   Page 2 of 2