# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BANNER BANK, a Washington-chartered commercial bank,<br><br>              Plaintiff,<br>   v.<br><br>BRITTNEY MOE, O.N. 176106, its Engines, Machinery, Appurtenances, etc., *et al.*,<br><br>              Defendants. | IN ADMIRALTY<br><br>Case No. 3:23-cv-00125-SLG |

## DEFAULT JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    THAT default judgment is entered against defendant Allyn Long and in favor of plaintiff Banner Bank in the follow amounts:

| | |
|---|---:|
| Principal due on Banner Bank Loan Nos. 0616 0650, 6329, 6431, and 0593 | $4,098,334.08 |
| Late charges accrued | $19,487.94 |
| Total accrued interest on Banner Bank Loan Nos. 0616, 0650, 6329, 6431, and 0593 as of August 21, 2023 | $182,310.64 |
| Additional interest at a total daily rate of $610.41/day from August 22, 2023 until August 31, 2023 | $6,104.10 |

| | |
|---|---|
| Judgment total: | $4,306,236.76 |

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: August 31, 2023

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court